IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC  20530<br><br>                Defendant. | Civil Action No. 1:17-cv-00332-EGS |

## NOTICE OF APPEARANCE

Defendant United States Department of Justice notes the appearance of the following attorney in this case on its behalf.  Defendant respectfully requests that this appearance be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

>Carol Federighi
>Senior Trial Counsel
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Phone: (202) 514-1903
>email: carol.federighi@usdoj.gov

Dated:  March 10, 2017

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General
        Civil Division

        CHANNING PHILLIPS
        United States Attorney

        ELIZABETH J. SHAPIRO
        Deputy Director

        /s/ Carol Federighi
        CAROL FEDERIGHI
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, DC 20044
        Phone: (202) 514-1903
        Email: carol.federighi@usdoj.gov

        *Counsel for Defendant*