## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action No. 1:17-cv-00332-EGS |

## ANSWER

Defendant United States Department of Justice ("defendant"), through its undersigned counsel, hereby answers the Complaint for Injunctive and Declaratory Relief (ECF No. 1) ("Complaint") filed by plaintiff Fix the Court ("plaintiff") on February 24, 2017, in the above-captioned matter as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff seeks information under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, that is exempt from disclosure under the statute.

## THIRD DEFENSE

Defendant responds to the numbered paragraphs of plaintiff's Complaint as set forth below.

1. Paragraph 1 consists of plaintiff's characterization of this action and of the relief he seeks, to which no response is required.

2. Paragraph 2 consists of plaintiff's legal conclusions regarding jurisdiction and venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendant admits the first sentence of paragraph 4. The second sentence of this paragraph consists of plaintiff's legal conclusion, to which no response is required.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. Denied except to admit that on February 1, 2017, President Trump nominated Judge Neil M. Gorsuch of the U.S. Court of Appeals for the Tenth Circuit to the position of Associate Justice of the U.S. Supreme Court.

7. The first part of paragraph 7, through the word "Department," consists of plaintiff's characterization of the FOIA request at issue in this action, to which no response is required. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

8. Defendant admits that it received a FOIA request from plaintiff dated December 22, 2016. The remaining allegations of paragraph 8 consist of plaintiff's characterization of this FOIA request, which speaks for itself and to which no response is required. Defendant respectfully refers the Court to that request for a full and accurate statement of its contents. *See* Exhibit A hereto.

9.	Defendant admits that it acknowledged receipt of plaintiff's FOIA request by letter dated January 26, 2017.  The remaining allegations of paragraph 9 consist of plaintiff's characterization of this letter, which speaks for itself and to which no response is required.  Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

10.	Denied.

11.	Defendant incorporates by reference its answers to paragraphs l through 10 of the Complaint.

12-13.	The allegations contained in paragraphs 12-13 consist of plaintiff's legal conclusions and argument, to which no response is required.  To the extent a response is required, defendant denies the allegations of these paragraphs.

14.	Paragraph 14 contains plaintiff's characterization of the relief it asserts it is entitled to, to which no response is required.  To the extent a response is required, defendant denies that plaintiff is entitled to any relief.

The remaining paragraphs of the Complaint contain plaintiff's requested relief, to which no response is required.  To the extent a response is required, defendant denies the allegations contained in the remaining paragraphs of the Complaint and further avers that plaintiff is not entitled to any relief.

Defendant hereby denies all allegations in the Complaint not expressly admitted or denied.

WHEREFORE, having fully answered the Complaint, defendant asserts that plaintiff is not entitled to the relief requested and respectfully requests that the Court enter judgment

dismissing this action with prejudice and awarding defendant costs and such other relief as the Court may deem appropriate.

Dated:  April 3, 2017

                Respectfully submitted,

                CHAD A. READLER
                Acting Assistant Attorney General
                Civil Division

                CHANNING D. PHILLIPS
                United States Attorney

                ELIZABETH J. SHAPIRO
                Deputy Director

                */s/ Carol Federighi*
                CAROL FEDERIGHI
                Senior Trial Counsel
                United States Department of Justice
                Civil Division, Federal Programs Branch
                P.O. Box 883
                Washington, DC 20044
                Phone: (202) 514-1903
                Email: carol.federighi@usdoj.gov

                *Counsel for Defendant*