# EXHIBIT A

US Department of Justice
E-Mail: MRUFOIA.Requests@usdoj.gov

December 22, 2016

**FOIA REQUEST**

Dear Records Request Officer:

Pursuant to the Freedom of Information Act, I request access to and copies of all complaints, correspondence and any performance reviews or reprimands involving Neil Gorsuch from 01/01/2005 to 12/31/2006. *This should include, but is not limited to:*

- Complaints regarding Mr. Gorsuch received from within Department of Justice or from members of the public
- Digital (e-mail), print or other correspondence and attachments involving Mr. Gorsuch, including instances where he is merely carbon copied (CC'd)
- Performance Reviews of Mr. Gorsuch and his service with Department of Justice
- Warnings or Reprimands issued regarding Mr. Gorsuch and his service with the Department of Justice

For reference, Mr. Gorsuch served as a Deputy Assistant Attorney General at the US Department of Justice from 2005 to 2006.

If there are costs associated with this request, please let me know and I can submit payment promptly.

If possible, I would prefer to receive this information electronically via e-mail at groth@fixthecourt.org.

If records must be sent by mail, please send to:

Gabe Roth
Fix the Court
237 Flatbush Ave., Ste. 156
Brooklyn, NY 11217

If you have questions or need additional information from me, please feel free to call me at 202-780-4990.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,
Gabe Roth
Executive Director
Fix the Court