## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

                Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE,

                Defendant.

Civil Action No. 1:17-cv-00332-EGS

## JOINT MOTION FOR EXTENSION OF TIME TO FILE
## JOINT PROPOSED SCHEDULING ORDER

Plaintiff Fix the Court and Defendant United States Department of Justice hereby move the Court for a thirty-day extension of time to file the joint proposed scheduling order required by the Court's Standing FOIA Order, until May 25, 2017.  The reasons for this motion are set forth in more detail below.

1.      This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiff to Defendant.

2.      Plaintiff's Complaint was filed on February 24, 2017.  Defendant's Answer was filed on April 3, 2017.  Pursuant to the Court's Standing FOIA Order issued April 4, 2017, the parties are directed to meet and confer and then file a joint proposed scheduling order for further proceedings in this case by April 25, 2017.

3.      The parties are in the process of meeting and conferring regarding the issues identified in the Court's Standing FOIA Order.  However, counsel for Defendant, Carol

Federighi, will be on pre-planned personal leave beginning April 25, 2017.  As a result of this upcoming leave, Defendant is not yet able to finalize its aspects of the joint proposed scheduling order.

4.      Accordingly, the parties require more time to prepare and submit the joint proposed scheduling order required by the Court's Standing FOIA Order.  The parties anticipate having the information necessary to finalize and submit the required proposed joint scheduling order by May 25, 2017.

WHEREFORE Plaintiff and Defendant respectfully request that the Court extend the date for the parties to file the joint proposed scheduling order required by the Court's Standing FOIA Order, until May 25, 2017.  A proposed Order is submitted.

DATE:  April 24, 2017

|  | Respectfully submitted, |
| --- | --- |
|  | CHAD A. READLER |
|  | Acting Assistant Attorney General |
| /s/*David Sobel* | |
| DAVID L. SOBEL | CHANNING D. PHILLIPS |
| D.C. Bar No. 360418 | United States Attorney |
| 5335 Wisconsin Ave. NW | |
| Suite 640 | ELIZABETH J. SHAPIRO |
| Washington, DC 20015 | Deputy Director |
| (202) 246-6180 | |
|  | /s/*Carol Federighi* |
| *Counsel for Plaintiff* | CAROL FEDERIGHI |
|  | Senior Trial Counsel |
|  | United States Department of Justice |
|  | Civil Division, Federal Programs Branch |
|  | P.O. Box 883 |
|  | Washington, DC 20044 |
|  | Phone: (202) 514-1903 |
|  | Email: carol.federighi@usdoj.gov |
|  | |
|  | *Counsel for Defendant* |