**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FIX THE COURT,

                  Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
JUSTICE,

                  Defendant.

Civil Action No. 1:17-cv-00332-EGS

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE JOINT PROPOSED SCHEDULING ORDER**

       Upon consideration of the Joint Motion for Extension of Time to File Joint Proposed

Scheduling Order, and good cause having been found, it is hereby

       **ORDERED** that the parties shall have until May 25, 2017, to file the joint proposed

scheduling order required by the Court's April 4, 2017, Standing FOIA Order.

So ordered on this _____ day of _____, 2017.

 

 

                               _____
                               Emmet G. Sullivan
                               United States District Judge