THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

           Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

           Defendant.

Civil Action No. 1:17-cv-00332-EGS

### [JOINT PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' May 25, 2017, joint status report and proposed scheduling order, it is hereby **ORDERED** that the following schedule shall govern further proceedings in this case:

1. On or before **September 1, 2017**, Defendant the United States Department of Justice shall complete a draft *Vaughn* index of those documents to date determined to be responsive to part (b) of Plaintiff's Freedom of Information Act ("FOIA") request that have not been posted on the website of the Senate Judiciary Committee.

2. On or before **September 15, 2017**, the parties shall submit to the Court a joint status report informing the Court as to whether motions practice will be necessary and, if so, proposing a briefing schedule.

**SO ORDERED.**

DATE: _____, 2017

_____
Emmet G. Sullivan
United States District Judge