# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 1:17-cv-00332-EGS |

## JOINT STATUS REPORT

In accordance with the Court's minute order of May 26, 2017, counsel for the parties advise the Court that defendant provided a draft *Vaughn* index to plaintiff of documents responsive to part (b) of its Freedom of Information Act ("FOIA") request on September 1, 2017. *See* Joint Status Report and Proposed Scheduling Order (ECF No. 7), at 1.  Defendant also provided plaintiff with its responses parts (a) and (d) of the FOIA request.  The parties are currently discussing the possibility of resolving this matter without the need for further litigation.  The parties anticipate that they will finalize their discussions within a few days and propose that they file a further status report or a stipulation of dismissal by September 29, 2017.  A proposed Order is submitted.

DATE:  September 15, 2017

                                                Respectfully submitted,

                                                CHAD A. READLER  
                                                Acting Assistant Attorney General

*/s/ David L. Sobel*  
DAVID L. SOBEL                       CHANNING D. PHILLIPS  
D.C. Bar No. 360418           United States Attorney  
5335 Wisconsin Ave. NW  
Suite 640                                 ELIZABETH J. SHAPIRO  
Washington, DC 20015          Deputy Director  
(202) 246-6180

                                                */s/ Carol Federighi*  
*Counsel for Plaintiff*             CAROL FEDERIGHI  
                                                Senior Trial Counsel  
                                                United States Department of Justice  
                                                Civil Division, Federal Programs Branch  
                                                P.O. Box 883  
                                                Washington, DC 20044  
                                                Phone: (202) 514-1903  
                                                Email: carol.federighi@usdoj.gov

                                                *Counsel for Defendant*