THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action No. 1:17-cv-00332-EGS |

**[JOINT PROPOSED] ORDER**

Upon consideration of the parties' September 15, 2017, joint status report, it is hereby

**ORDERED** that on or before **September 29, 2017**, the parties shall submit to the Court a further joint status report or a stipulation of dismissal

**SO ORDERED.**

DATE: _____, 2017

                                                    Emmet G. Sullivan
                                                    United States District Judge