THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

    Plaintiff,

 v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 1:17-cv-00332-EGS

**STIPULATION OF DISMISSAL**

 WHEREAS, the parties have resolved by agreement the issues presented by this action, including the payment by Defendant to Plaintiff of an amount in settlement of any claim for attorneys' fees and costs,

 NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree to dismissal of this action with prejudice.

DATE:  September 29, 2017

|  |  |
|---|---|
| | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| */s/ David L. Sobel* <br>DAVID L. SOBEL<br>D.C. Bar No. 360418<br>5335 Wisconsin Ave. NW<br>Suite 640<br>Washington, DC 20015<br>(202) 246-6180 | CHANNING D. PHILLIPS<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director |
| *Counsel for Plaintiff* | */s/ Carol Federighi* <br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov<br><br>*Counsel for Defendant* |